**No. 10-10518. Paul Durousseau, Petitioner v. Florida.**

565 U.S. 839, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6309.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 543.

**No. 10-10519. Pedro Esteban, Petitioner v. Jack Palmer, Warden, et al.**

565 U.S. 839, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6104.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10521. Craigory Lamont Wyatt, Petitioner v. United States.**

565 U.S. 839, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6052.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 254.

**No. 10-10528. Roger J. Day, Petitioner v. Minnesota, et al.**

565 U.S. 839, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6180.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-10529. Rick Kimbrel, Petitioner v. Patricia L. Caruso, et al.**

565 U.S. 839, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6219.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10531. Dane Patrick Abdool, Petitioner v. Florida.**

565 U.S. 840, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6124.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 53 So. 3d 208.

**No. 10-10532. Paul R. Bumstead, Petitioner v. Massachusetts.**

565 U.S. 840, 132 S. Ct. 149, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 6389.

October 3, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 76 Mass. App. 1103, 918 N.E.2d 480.